**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| RUEBENA PATTERSON, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV0033-B |
| ) | ECF |
| TOMBLISON REAL ESTATE, ) | |
|     Defendant. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this __6th__ day of __April__, 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE